Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE FISHER, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC, and ENCORE CAPITAL GROUP, INC., <br><br> Defendants. | Case No.: **'14CV2291 GPC NLS** <br><br> **COMPLAINT FOR DAMAGES** <br><br> **1. VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §1692 ET. SEQ.;** <br><br> **JURY TRIAL DEMANDED** |

## **COMPLAINT**

ROSE FISHER ("Plaintiff"), by her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against MIDLAND FUNDING, LLC ("Defendant Midland"); MIDLAND CREDIT MANAGEMENT, INC ("Defendant MCM"); and ENCORE CAPITAL GROUP, INC. ("Defendant Encore").

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy;" 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States; and 28 U.S.C. § 1367 grants this Court supplemental jurisdiction over any state law claims.

3. Defendants conduct business in the State of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

**PARTIES**

5. Plaintiff is a natural person residing in Mount Vernon, Illinois.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7. Defendant Midland is a corporation specializing in debt collection

with its principal place of business located at 8875 Aero Drive, San Diego, California, 92123.

8. Defendant MCM is a corporation specializing in debt collection with its principal place of business located at 8875 Aero Drive, San Diego, California, 92123.

9. Defendant Encore is a corporation specializing in debt collection with its principal place of business located at 8875 Aero Drive, San Diego, California, 92123.

10. Defendants are "debt collector(s)" as that term is defined by 15 U.S.C. § 1692a(6), and repeatedly contacted Plaintiff in an attempt to collect a debt.

11. Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

12. At all relevant times, Defendants were attempting to collect an alleged consumer debts from Plaintiff, related to Washington Mutual and GE Money Bank debts.

13. Upon information and belief, the alleged debt that Defendants were seeking to collect arose from transactions, which were primarily for personal, family, or household purposes.

14. Plaintiff owes no business debt, so the alleged debt could have only been personal in nature.

15. Between May 2014 and July 2014, Defendants' collectors placed repeated harassing collection calls to Plaintiff's cellular telephone number.

16. Defendants' calls have originated from numbers including 800-282-2644, which the undersigned counsel has confirmed belongs to Defendant MCM.

17. During these calls, Plaintiff told them to stop calling.

18. Despite this request, Defendants calls continued.

19. Once Defendant was told the calls were unwanted and to stop, there was no lawful purpose to making further calls, nor was there any good faith reason to place calls.

20. Defendants took the actions described herein with the intent to intimidate, deceive and harass Plaintiff into paying an alleged debt.

**COUNT I**
**DEFENDANTS VIOLATED § 1692d OF THE**
**FAIR DEBT COLLECTION PRACTICES ACT**

21. Section 1692d of the FDCPA prohibits debt collectors from engaging in any conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt.

22. Defendants violated § 1692d of the FDCPA when they called Plaintiff repeatedly and continuously, and when they engaged in other harassing or abusive conduct.

## COUNT II
## DEFENDANTS VIOLATED § 1692d(5) OF THE
## FAIR DEBT COLLECTION PRACTICES ACT

23. Section 1692d(5) of the FDCPA prohibits debt collectors from causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse or harass any person at the called number.

24. Defendants violated § 1692d(5) of the FDCPA when they caused Plaintiff's telephone to ring repeatedly and continuously with the intent to harass or annoy Plaintiff.

## COUNT III
## DEFENDANTS VIOLATED § 1692f OF THE
## FAIR DEBT COLLECTION PRACTICES ACT

25. Section 1692f of the FDCPA prohibits debt collectors from using unfair or unconscionable means to collect or attempt to collect an alleged debt.

26. Defendants violated § 1692f of the FDCPA when they called Plaintiff repeatedly and continuously and when they engaged in other unfair conduct.

WHEREFORE, Plaintiff, ROSE FISHER, respectfully prays for a judgment as follows:

      a.  Actual Damages;

      b.  Statutory damages under the FDCPA and RFDCPA;

      c.  Reasonable attorney's fees and costs; and

      d.  Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ROSE FISHER, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

KIMMEL & SILVERMAN, P.C..

DATED: 9-29-14

By: /s/Amy L. Bennecoff, Esq.
    Amy L. Bennecoff (275805)
    30 East Butler Pike
    Ambler, PA 19002
    Telephone: (215) 540-8888
    Facsimile: (215) 540-8817
    Email: abennecoff@creditlaw.com
    Attorney for Plaintiff