# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE FISHER, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND FUNDING, LLC; MINDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., <br><br> Defendants. | Case No. **3:14-cv-02291-GPC-NLS** <br><br> ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE <br><br> [Dkt. No. 12.] |

## **ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Based upon the Joint Motion for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice. Each party will bear its own attorney's fees and costs.

**IT IS HEREBY ORDERED:**

IT IS SO ORDERED:

Date: March 27, 2015

_____
Judge Gonzalo P. Curiel
U.S. District Judge
United States District Court